

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Luis Guillermo Cative Rojas | Civil Action No. 26-cv-02202-JO-VET |
| **Plaintiff,** V. | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

On March 20, 2026, Petitioner filed an amended petition for writ of habeas corpus in the U.S. District Court for the District of New Jersey. See Isaza v. U.S. Immigration and Customs and Enforcement, No. 2:26-cv-01606-EP (D.N.J.). On April 9, 2026, Judge Evelyn Padin granted Petitioner's amended petition and ordered Petitioner's release. Id. Respondents filed a notice of release confirming that Petitioner was released from custody on April 9, 2026. Because Petitioner is no longer detained, the Court DISMISSES the petition as moot and the case is hereby closed.

Date: 4/16/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ R. Contreras

R. Contreras, Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  26-cv-02202-JO-VET

Respondents:

U.S. Immigration and Customs Enforcement; Markwayne Mullin, Secretary, U.S. Department of Homeland Security; U.S. Department of Homeland Security; Pamela Bondi, U.S. Attorney General; Executive Office for Immigration Review; Warden of the Imperial Regional Detention Facility